**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-1420**

───────────

TONY MATTHEWS; JOHN HOWARD,

          Plaintiffs - Appellants,

  versus

HOME DEPOT U.S.A., INCORPORATED,

          Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-98-2863-S)

───────────

Submitted: September 30, 1999   Decided: October 5, 1999

───────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mark E. Herman, WILLIAM G. KOLODNER, P.A., Baltimore, Maryland, for Appellants. Matthew T. Angotti, Neil R. Lebowitz, ANDERSON, COE & KING, L.L.P., Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Matthews and John Howard appeal from the district court's order granting summary judgment on their claims of false imprisonment and battery. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Matthews v. Home Depot</u>, No. CA-98-2863-S (D. Md. Mar. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2